## *PELUSO & TOUGER, LLP*
### *70 LAFAYETTE STREET*
### *NEW YORK, NEW YORK 10013*
### PelusoandTouger.com

**Ph. No. (212) 608-1234**
**Fax No. (212) 513-1989**

**By ECF**
October 5, 2020

10/6/2020
The October 14 sentencing is adjourned to November 18 at 11 AM. SO ORDERED.

*[signature: Paul A. Crotty]*

Honorable Paul A. Crotty
United States District Court Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

Re: <u>United States v. Shawn Gayle,</u>
    20 CR 328 (PAC)

Your Honor,

    Mr. Gayle is scheduled to be sentenced by this Court on October 14, 2020. I am writing to most respectfully request an adjournment of the Sentencing hearing until a date in mid November that is convenient for the Court. The reason the adjournment is necessary is that the defense sentencing specialist has had a hard time gathering all of the necessary documents related to Mr. Gayle and the MCC has cancelled or just not put through numerous phone conferences that were scheduled with Mr. Gayle. Thus, our sentence specialist believes her report will not be completed until early November. I have spoken with the Government and they have no objection to this request.

Thank you very much for your consideration in this matter.

                                                        Respectfully yours,

                                                        *David Touger*
                                                        David Touger